

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00770-CR

Frederick **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5813
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Court reporter Kay Gittinger has filed a notification of late reporter's record, requesting an extension of thirty days. We GRANT the motion and ORDER Kay Gittinger to file the reporter's record on or before February 27, 2017. No further extensions will be granted absent extenuating circumstances.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court